JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JUAN JOSE PRERA,<br><br>  Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>  Respondent. | Case No. EDCV 13-01794 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 8, 2015

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE